11-30363

8

Greetings to the United States District Court

**FILED**
AUG 12 2011
CLERK'S OFFICE
DETROIT

pge: 01 of 06

Eastern District of Michigan

My name is Eric E. Miller and my ss# 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 and my criminal case nu# 2:11 MJ-30363-JU; 18 USC sec: 9:30(f)(1). I was arrested by Special Agent, Matthew P. Stone of Homeland Security, Protective Service, Police on June 16, 2011. I was taken before a Magistrate, Judge, R. Steven Whalen; I believe there was a District Attorney, AUSA, Matthew A. Roth for the U.S. Prosecution.

I've been sent to a Federal Prison in Chicago, Illinois for an evaluation, ordered by the Magistrate, but there seems to be a great deal of issues or resisstance here... In my opinion I'm being giving the run around daily... Law Library, mailing process, phone calls, access to my own legal work, and the right to Grieve the issues.

What I would like to communicate to the Court now is what I tried to get my temp. lawyer to do on June 18, 2011. My Attorney struke some of the issues of Matthew Stone's testimony, however she and the Court allowed Heresay; Dream Interrogation Programs, lies, he knew full well where DIP lies, untrue stories into the court room. My lawyer stated at this point of the prelim. it was ok?? What??

pge: 02 of 06

Matthew P. Stone and other arresting Officers on July 13, 11 and June 16, 2011 stole my property. There's no reason for this Officer and other Admin. Officers to have my I'd, Bank of America, Visa Debit card, cell phones, back pack and other articles of great value (like my Keys) in there possession & The hole entire ordeal of my incarceration vest on the thief of my U.S.B's, Data Storeage devices, Homeland Security Police (Protective Service Officer's) stole from me on July 13, 11, so why are they being allowed to steal the rest of my property?

The issues of this case are extroardinary and I need my Attorney to come visit and talk with me, several times, before this criminal case is even close to being herd before the Court.
My lawyer will need to know the issues and prepare the Court because it will take "some-time" to "Out-line" the Extroardinary facts of these DIP, criminal cases. At this point I don't even know who's my Attorney or when my case will be herd; who the Judge will be and more importantly, how much time this bogus charge carries!

Hello, my name is Eric E. Miller and for many years I have been filing complaints with the U.S. Civil Courts. The Complaints have always outline the facts that I am being stalked and forced in and out of jails by Federal and State Agencies who take advantage of my sleep dis-ability!

pge: 03 of 06

Because I have a highly un-usual sleep dis-order, called "Somaniliquy" the Feds stalk my sleep dis-order, day and night, for the purpose of Dream Interrogation Programs, DIP's and for all kinds of entrappment. The DIP's Experiments are Dream Scenario's or Questions that are placed to me (while I am asleep) by the Malicious Thoughts of the Fed. Officer or Second, Third, Fourth Party Actors. They are the mindless, un-conscious, DIP Answers that do not necessary express my conscious and Will-full thoughts. They are the mindless answers of a person who is under the sleep status of narcolepsy and Somaniliquy. So that the Judge may understand... If the Prosecution and the Mental Health Doctors, who have been ordered to evaluate me, would like to make an argument that this was my conscious thoughts, they would be wrong and of their scope of Judgement and Profession. I have spoken with a number of mental health Doctors, Two of which, while here at the MCC, Chicago, Prison and both admit that they know very little about the sleep status of Somaniliquy. Since I have communicated to the Doctors, some of the details of this correspondence, about the ongoing DIP Experiments; it seems to me, it would make good sense that the Doctors, who are evaluating me, have some back-ground on DIP's and Somaniliquy experiments to make a good decision on my Mental Health Status.

pge: 04 of 06

This time they have used the DIP experiments to have me locked up on a bogus Charge of 18 U.S.C. sec: 930(E)(1) Possession of a Dangerous Weapon on Federal Grounds.

It has been my experience from dealing with State Doctors and Fed. Doctors that they have little to no experience in Somaniliquy. They strongly refused to know, understand or make any evaluation on the sleep dis-order in anyway! Further-more their short sited decision will tend to make an un-favor-able position for the Defense. The lack of education that the Doctors have in this flied of Internal Medicine, Somaniliquy, poses a un-fair advantage for the prosecution it help them. Once again this lack of education poses an unfair application to the defense! "This is why I make this request for the court to authenticate the sleep dis-order, Somaniliquy and if possible have expert testimony on the sleep dis-ability all together." "Only a mental inquiry (evaluation) into this area of Internal Medicine can migrate me from a one sided decision that the Doctors might make to the Court."

I was coersed by my sleep dis-ability that has the power to make a person "Automate" and do things, while he or she is awake or asleep. "The Automation process is so spontaneous and over-whelming that a person may not know he or she is about to automate to the D.I.P.."

As I have infurred and stated, over and over again for the last seven or more years of my contact with the Federal courts about these worth-less sleep dis-order experiments... so please refer to my many pass civil complaints for more information. "For Further inquiry on Somaniliquy, the sleep dis-order please refer to 16 Edison of Harrison Principals on Internal Medicine... Google or Wikecopedia website will Help"

This criminal case of 18 USC sec:930(e)(1) was a DIP Experiment brought on by the Feds Agent or their Third Party Actors, designed to incarcerate me as punitively as stalking my sleep dis-order.
These Agents want me locked up so they can stalk my sleep dis-order for the rest of my "life, with-out interruption."
I ain't gon be no-bodies experiment for the rest of my life and having no-way to escape from the terror of the DIP's.
I have tried for many years to take the Feds and their Second, Third and Fourth Party Actors to Court but they seem to be-able to poison, use Third Party Actors to volently attack me and Obstrut Justice to prevent me from proceeding with a Due Process, Action Suit.

I ask for a copy of this affidavit to be filed with the Court under my case nu# 2:11 MJ-30363-JU so that the Judge may understand my intentions and the issues involved with me. And Further-more please send a copy to my attorney so it will become apart of my Defense and serve as to inform and express my intention in Court. Because I am indegent and dont have his or her address I ask the Clerk to please have the lawyer to call or contact me ASAP, by mail, at the MCC in Chicago, Il.

I would like my lawyer to acted in my behalf to obtain my computer because there are Fed. Doc's on them that show the history of these ongoing cases... "this is my evidence and effort to migrate myself from this charge!" It has been the Objective of the Feds/state Agencies, and Third Party Actors to destory my Docu., computers and U.S.B's which can be seen because Homeland Security, Police Officers have stolen my property from me, again!

pge: 06 of 06

My computer and other Federal Court Documents are in trouble of being auction off at my Storeage facility in Dearbon County. If my lawyer is able to obtain my computer from being sold at the Storeage auction it will show that this is not the first time that the Feds, or its Third Party Actors have tried to destory my documents an Etc., to obstruct justice. From time to time doing the Dream Interrogation Sessions I am sometimes able to retain a session (what I have herd) and one day a Third Party Actor told me that he was going to get the Court and my Storeage Co. "twisted up" so that he could get my property aution off to him... Thats thief if my lawyer doesn't work fast enough. This is why it is so very important for my attorney to contact me ASAP to obtain the property that is vital to my defense. The Storeage facility is located in Dearbon County; approx 6 miles after you pass the Ford Headquarters off of Michigan Ave; as you travel up Mich. Ave you will come to Telegraph Rd exit; approx 2 or 3 lights down make a left on to Gully Rd; you will see Home Depo to your right... Mcdonalds to your left; travel approx. 0.2 miles down the Rd and you will have already pass the Rail Road tracks; so make right into the Storeage Site. I believe the locker number is 782 so please inform and consult the Clerk if necessary. You will have to get my keys and property from Matthew P. Stone Office or Admin 313-226-2417

(The bill was suppose to be paid on the 3rd Tele# and address unknown)

Signed this day: Eric Miller
Dated: 08-02-2011
Inmate nu# 45990-039

Eric B. Miller
71 West Van Buren
Chicago, Illinois 60605
Inmate no # 45990-039

CHICAGO IL 606
10 AUG 2011 PM 6 T

United States District Court
Criminal Division
231 West Lafayette
Detroit, MI 48226

FILED
AUG 12 2011
CLERK'S OFFICE
DETROIT